UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: 06-118-01 |
| v. | : | O R D E R |
| BYRON GALARZA, | : | |

The defendant has filed a motion requesting an early termination of Probation,

It is on the day 31st of JULY, 2009

ORDERED that defendant's motion for early termination of Probation is hereby denied.

                                               S/Joseph A. Greenaway, Jr.
                                               JOSEPH A. GREENAWAY, JR. U.S.D.J.